ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Trex Enterprises Corporation ) | ASBCA Nos. 60811, 60812 |
| ) | |
| Under Contract No. N00014-04-C-0407 *et al.*) | |

APPEARANCES FOR THE APPELLANT:     Kevin J. Slattum, Esq.
                                   Aaron S. Ralph, Esq.
                                     Pillsbury Winthrop Shaw Pittman LLP
                                     Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                    DCMA Chief Trial Attorney
                                    Kara M. Klaas, Esq.
                                    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 6 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60811, 60812, Appeals of Trex Enterprises Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals